UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br>Plaintiff,<br>v.<br>PHILIP TAYLOR SOBASH, et. al.,<br>Defendants. | Case No.: 25-cv-2438-JAH-DDL<br>**ORDER TO SHOW CAUSE** |

Plaintiff filed the instant action, through counsel, on September 16, 2025, without paying the filing fee or a motion to proceed *in forma pauperis*. Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Petition should not be dismissed for failure to satisfy the filing fee requirement. To avoid dismissal, Plaintiff must, **no later than October 19, 2026**, either: (1) pay the filing fee or (2) submit adequate proof of her inability to pay the fee.

**IT IS SO ORDERED**.

DATED: October 2, 2026

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE