UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JANE DOE,

Plaintiff,

v.

DR. PHILIP TAYLOR SOBASH; DR. FRANK SOBASH; and DOES 1 through 50, Inclusive,

Defendants.

Case No.: 3:25-cv-02438-JAH-DDL

**DISMISSING ACTION WITHOUT PREJUDICE**

On September 16, 2025, Plaintiff, through counsel, initiated this civil action without paying the required filing fee or applying to proceed *in forma pauperis*. ECF No. 1. The Court ordered Plaintiff to show cause, by no later than October 19, 2026, why this action should not be dismissed for failure to pay the filing fee. ECF No. 2. To avoid dismissal, Plaintiff was directed to either pay the filing fee or apply to proceed *in forma pauperis*. *Id.*

As of the date of this order, the filing fee remains outstanding and Plaintiff has not applied to proceed *in forma pauperis*. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999) ("An action may proceed despite failure to pay the filing fees only if the party is granted IFP status."); *see also Escobedo v. Applebees*, 787 F.3d 1226, 1228 (9th Cir. 2015) (where the filing fee is not paid and an application to proceed in forma pauperis is

not granted, a district court "will be free to dismiss the complaint").

Accordingly, the Court hereby **DISMISSES** this action **WITHOUT PREJUDICE** and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: October 20, 2026

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE